HEATHER WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRENNAN JAMES GIBBONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 6:13-mj-00051-MJS |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| BRENNAN JAMES GIBBONS, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Brennan James Gibbons, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.

Mr. Gibbons was cited for the charged offense while visiting Yosemite National Park. He requests that his personal presence be excused because he resides in the state of Virginia, where he just started a new job within the past two weeks.

Mr. Gibbons agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present. He requests that this court allow his attorney-in-fact to represent his interests at all times. Mr. Gibbons further agrees that notice to his attorney that Defendant's presence is required at

///

any court proceeding will be deemed notice to the Defendant that his appearance is required at said time and place.

DATED: August 1, 2013   /s/ Brennan James Gibbons
                        BRENNAN JAMES GIBBONS

DATED: August 1, 2013   /s/ Eric V. Kersten
                        ERIC V. KERSTEN
                        Assistant Federal Defender
                        Attorney for Defendant
                        BRENNAN JAMES GIBBONS

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

Dated: August 2, 2013   /s/ Michael J. Seng
                        UNITED STATES MAGISTRATE JUDGE